# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STACY L. JONES                                                                                           PLAINTIFF

v.                                          NO. 3:12CV00202 JLH/BD

STATE OF ARKANSAS, et al.                                                                   DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Stacy Jones's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Jones's claims are DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would not be taken in good faith.

IT IS SO ORDERED this 21st day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE