## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

STACY L. JONES                                                      PLAINTIFF

v.                            NO. 3:12CV00202 JLH/BD

STATE OF ARKANSAS, et al.                                    DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 21st day of September, 2012.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE